UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


AMAURY GONZALEZ,
Petitioner

v.                                                      CR: 02-75-01T

UNITED STATES OF AMERICA,
Respondent


### ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion for Writ of Audita Querela Pursuant to 28 U.S.C. §1651 on or before February 9th, 2009.

Entered as an Order of this Court:

_____
DEPUTY CLERK


ENTER:

_____
ERNEST C. TORRES
Senior U.S. District Judge

DATE: 1/11/09