UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  CR No. 02-75T

AMAURY GONZALEZ
a/k/a Santiago Andino
a/k/a Marcus

### ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 15, 2009